# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONTE TAYLOR**, | ) |
| | ) 2:19cv1015 |
| Petitioner, | ) Electronic Filing |
| | ) |
| v. | ) Senior Judge David Stewart Cercone |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Respondent. | ) |

## ORDER

Pending before the Court is the Petition Under 28 U.S.C. § 2241 For a Writ of Habeas Corpus by a Person In Federal Custody (ECF No. 7), a motion to produce record (ECF No. 35), and a motion for supplemental pleading (ECF No. 36), all filed pro se by Petitioner, Donte Taylor. The matter was referred to Chief United States Magistrate Judge Cynthia Reed Eddy for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge filed a Report and Recommendation (ECF No. 37) on January 14, 2020, recommending that the Petition for Writ of Habeas Corpus be dismissed for lack of jurisdiction and that the two pending motions be denied. The parties were served with the Report and Recommendation and advised that Respondent's written objections were due by January 28, 2020, and Petitioner's written objections were due by January 31, 2020. To date, neither party has filed any objections to the Report and Recommendation nor has any party sought an extension of time in which to do so.

The Court has reviewed the matter and concluded that the Report and Recommendation correctly analyzes the issues and makes a sound recommendation. Accordingly, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 3rd day of February, 2020,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED** for lack of subject matter jurisdiction. It is further **ORDERED** that the motions filed at ECF Nos. 35 and 36 are **DENIED.** To the extent that a certificate of appealability is needed, the same hereby is **DENIED;**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 37) is **ADOPTED** as the opinion of the court; and

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED.**

s/David Stewart Cercone  
David Stewart Cercone  
Senior United States District Judge

cc: **DONTE TAYLOR**
116155
Allegheny County Jail
950 Second Avenue
Pittsburgh, PA 15219
(via U.S. First Class Mail)

Kezia Taylor
Assistant U.S. Attorney
(via ECF electronic notification)